UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD C. BANK,<br><br>                                      *Plaintiff*,<br><br>-against-<br><br>FLUENT, INC, and REWARD ZONE USA, LLC,<br><br>                                      *Defendants*. | 1:19-cv-6543-RRM-RLM<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law and all other pleadings and proceedings herein, Plaintiff, Todd C. Bank, will move this Court, on a date and at a time to be designated by the Court, before Roslynn R. Mauskopf, United States District Judge, for an Order: (i) striking, pursuant to Rule 12(f)(2) of the Federal Rules of Civil Procedure, portions of Defendants' Answer (Dkt. No. 8) to the Amended Complaint (Dkt. No. 7); and (ii) granting, to Plaintiff, any other lawful and proper relief.

Dated: January 13, 2020

                                                            Respectfully submitted,

                                                            **s/ *Todd C. Bank***
                                                            TODD C. BANK
                                                             ATTORNEY AT LAW, P.C.
                                                            119-40 Union Turnpike, Fourth Floor
                                                            Kew Gardens, New York 11415
                                                            (718) 520-7125
                                                           By Todd C. Bank

                                                           *Counsel to Plaintiff*

TO:    KLEIN MOYNIHAN TURCO LLP
           450 Seventh Avenue
           New York, New York  10123
           (2l2) 246-0900

           *Counsel to Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of this document, and the accompanying memorandum of law, is being filed electronically on January 13, 2020, via the Court's electronic-case-filing (ECF) system. Notice of this filing will be sent by the Court's ECF system to all parties, and copies will be mailed to those parties, if any, that are not served in such manner.

Dated: January 13, 2020

                                                                                            *s/ Todd C. Bank*  
                                                                                            Todd C. Bank