UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TODD BANK, *on behalf of himself*                    No.: 1:19-cv-6543
*and all others similarly situated,*

          Plaintiff,

   -against-

FLUENT, INC, and REWARD ZONE USA, LLC,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## STIPULATION OF VOLUNTARY DISMISSAL
## WITH PREJUDICE FED. R. CIV. P. 41(a)(1)(A)(ii)

Plaintiff, *pro se*, Todd C. Bank, and defendants Fluent, Inc. and Reward Zone USA, LLC, by and through their counsel of record, **HEREBY STIPULATE AND AGREE**, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice as to Todd Bank's individual claims against defendants Fluent, Inc. and Reward Zone USA, LLC, and without prejudice as to the claims of the putative class members against defendants Fluent, Inc. and Reward Zone USA, LLC.

**IT IS SO STIPULATED.**

Dated: June 1, 2020          **PLAINTIFF *pro se***

By:____/s/ *Todd C. Bank*_____
         Todd C. Bank

**KLEIN MOYNIHAN TURCO LLP**

By:____/s/ *Neil E. Asnen*_____
         Neil E. Asnen
        *Attorneys for Defendants*